IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TONY ROBINSON : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00043 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| WARDEN, LEBANON CORRECTIONAL : | |
| INSTITUTION, et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

     Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the assigned Magistrate Judge's Report and Recommendation (doc. 14) is ADOPTED IN ITS ENTIRETY. Defendant's Motion For Summary Judgment (doc. 13) is GRANTED. The Clerk is instructed to enter judgment in favor of the Defendant on all claims. Pursuant to 28 U.S.C. § 1915(a)(3), the Court hereby CERTIFIES that an appeal of this Order cannot be taken in good faith.

7/5/05                                                        James Bonini, Clerk

                                                             s/Kevin Moser
                                                             Kevin Moser
                                                             Deputy Clerk